IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| THOMAS E. AYERS-DWYER, | : CASE NO. 26-11028 DJB |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : June 18, 2026 @ 9:30 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| THOMAS E. AYERS-DWYER, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 6 |

**PENNSYLVANIA DEPARTMENT OF REVENUE'S**
**OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

NOW COMES the Commonwealth of Pennsylvania, Department of Revenue (hereinafter "Department"), by and through its Office of Chief Counsel and Deputy Chief Counsel Jonathan W. Chatham, and files this plan objection as authorized by 11 U.S.C.§ 1324 for the following reasons to wit:

1.   This objection is made on the grounds that the Plan does not comply with the provisions of Chapter 13, nor has the Plan been proposed in good faith as required by 11 U.S.C. § 1325(a)(1), and (3).  The Debtor's obligation pursuant to 11 U.S.C. § 1322(a)(2), to provide for full payment of all claims entitled to priority under 11 U.S.C. § 507 has not been met.

2.   Bankruptcy statements and Department records identify the Debtor as owner/officer of a corporation entitled "**Allegiance Design & Construction**" This corporation has unfiled Employer Withholding Returns (XX-XXX0759) as follows:  **1Q2024 - present**.  Debtor must

validate or secure that these returns are filed in order for the Department to determine the

corporate officer responsibility.   If the corporation is no longer operating and has no employees,

out-of-business information should be provided, as well as any missing returns that need to be

filed from the time period that the entity was operating.

3.   Without the filing of the outstanding tax returns the Department cannot file a complete

and liquidated claim against the Debtor, and the missing tax returns constitute priority tax claims

which must be paid in full pursuant to 11 U.S.C § 1322.

4.   The Department's Proof of Claim, containing a priority tax claim in the amount of

$4,028.66 is not specifically treated within the Debtor's proposed Chapter 13 Plan in the proper

classification or amounts.  The Department's claim is docketed on the claims register  and is

identified as Docket 4.

5.   As unfiled returns exist, it is not possible for the Department to determine a complete,

accurate,

6.   Pursuant to 11 U.S.C. § 1308, the Debtor should be required to file all outstanding tax

returns at the following address:

> Pennsylvania Department of Revenue
> Office of Chief Counsel
> P.O. Box 281061
> Harrisburg, PA 17128-1061
> Attn: Phil Kilmer IV

Please make sure that the tax returns are signed, dated, and W-2 forms and Schedule C's are

included, if appropriate.

7.   Based upon Title 11 U.S.C. §§ 1308 and 1325, this post-October 17, 2005, Chapter 13 proposed plan may not be confirmed by this Court because of the Debtor's failure to file pre-petition state tax returns, as referenced above, or to provide the Department with any evidence or documentation to support why such returns need not be filed.

8.   After all outstanding returns have been filed and an appropriate proof of claim can be filed by the Department.

9.   Providing for the full payment of the Department's claim would assist the Court, the Trustee, the Debtor, and the other creditors in determining the viability of the Plan.

10. The Department also objects to the confirmation of Debtor's Plan on the grounds that the Plan is underfunded.

11. Ultimately, the Department must object to the Debtors' instant Plan because it is not proposed in good faith and in compliance with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Department respectfully requests this Honorable Court deny confirmation of the Debtors' Proposed Chapter 13 Plan unless and until the Department's Objections have been cured and an amended plan is filed that accounts for the Department's claim(s) in the proper classification and amount.

Respectfully submitted by:

/s/  Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459

3