UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

    THOMAS E AYERS-DWYER
    KATE E AYERS DWYER                     Bankruptcy No. 26-11028-DJB

             Debtors

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 03/13/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/19/2026                                  Respectfully submitted,

                                    */s/ Kenneth E. West, Esq.*
                                    Kenneth E. West, Esq.
                                    Standing Chapter 13 Trusteee
                                    190 N. Independence Mall West
                                    Suite 701
                                    Philadelphia, PA  19106
                                    Telephone: (215) 627-1377